UNITED STATES OF AMERICA
FOR THE WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff(s),

v.                                                     Case No. 1:05-mj-629

LAWRENCE JAMES KRUZEL,            HON. TIMOTHY P. GREELEY

    Defendant(s).
_____/

## ORDER OF DETENTION

Defendant appeared before the undersigned on May 16, 2005, pursuant to a complaint and warrant of arrest charging the defendant with Aggravated Sexual Abuse of a Minor, in accordance with 18 U.S.C. § 2241(c).  At that time, defendant waived his right to a preliminary examination and detention hearing.  Therefore, the government's motion for detention is granted and the defendant will be detained pending further proceedings.

Therefore, IT IS HEREBY ORDERED that the defendant shall be committed to the custody of the Attorney General or his designated representative for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal.  The defendant shall be afforded a reasonable opportunity for private consultation with defense counsel.  On order of a court of the United States or on request of an attorney for the government, the person in charge of the corrections facility shall deliver the defendant to the United States Marshal for the purpose of an appearance in connection with a court proceeding.

IT IS SO ORDERED.

                                                            /s/ Timothy P. Greeley
                                                            TIMOTHY P. GREELEY
                                                            UNITED STATES MAGISTRATE JUDGE

Dated: May 20, 2005